**Opinion issued May 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00551-CV**

———————————

**MELISHA VINCENT, Appellant**

**V.**

**JOHNAE VINCENT, Appellee**

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 22-DCV-290242**

---

### MEMORANDUM OPINION

Appellant, Melisha Vincent, has filed a motion for voluntary dismissal of this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this

appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.